IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 10–cv–00127–REB–KMT

JOHN-ARTHUR: TAYLOR, JR.,

    Plaintiff,

v.

CASPER CITY COUNCIL CORPORATION MEMBERS,
KENYNE SCHLAGER,
MAURY DAUBIN,
PAUL BERTOLIO,
GLENN JANUSKA,
STEFANIE BOSTER,
KATE SAROSY,
KEITH GOODENOUGH,
KIM HOLLOWAY,
BILL BRAUER,
CITY OF CASPER CORPORATION ATTORNEYS,
WILLIAM LUBEN, ESQ.,
WILL CHAMBERS,
CITY OF CASPER CORPORATE CODE ENFORCEMENT,
SHELLY LECLAIR,
JIMMY BRIERLY,
DOUGLAS BARRETT,
GORDON NEAL,
CITY OF CASPER CORP. MUNICIPAL COURT,
ROBERT HAND,
KEITH NACBAR,
CHARLES CHAPIN,
SEVENTH JUDICIAL CORP. DISTRICT COURT,
SCOTT SKAVDAHL,
WYOMING STATE CORPORATE SUPREME COURT,
BARTON VOIGT,
WYOMING ATTORNEY GENERAL, BRUCE A. SALSBURG,

NATRONA COUNTY SHERIFF, MARK BENTON,

    Defendants.

# MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

"State Defendants' Motion to Vacate Order for Scheduling and Planning" (#23, filed March 30, 2010) is DENIED. Defendants failed to confer with Plaintiff before filing the present motion. The Local Rules of Practice for the District of Colorado require all parties to confer on motions and other disputes before a motion is filed. D.C.Colo.LCivR 7.1A.

Additionally, pursuant to Fed. R. Civ. P. 16, a scheduling order must be issued within the earlier of 120 days after any defendant has been served with the complaint or 90 days after any defendant has appeared. The court will not vacate the scheduling conference absent a proper motion to stay.

Dated: March 30, 2010